BRIAN D. BERTOSSA, ESQ. (SBN 138388)

STEPHEN R. McCUTCHEON, JR., ESQ. (SBN 191749)

COOK BROWN, LLP

555 CAPITOL MALL, SUITE 425

SACRAMENTO, CALIFORNIA 95814

TELEPHONE NO.:  916-442-3100

FACSIMILE NO.:  916-442-4227

Attorneys for Defendants VCS SUB, INC., and

QUANTA SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:12-CV-02043-JAM-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION BY THE UNITED STATES OF AMERICA, QUANTA SERVICES, INC., VCS SUB, INC. AND PACIFIC GAS AND ELECTRIC COMPANY'S EXTENDING THE TIME FOR RULE 26 CONFERENCE AND SUBMISSION OF A JOINT STATUS |
| QUANTA SERVICES, INC., VCS SUB, INC. f.k.a. ENVIRONMENTAL PROFESSIONAL ASSOCIATES, INC. d.b.a. PROVCO, and PACIFIC GAS AND ELECTRIC COMPANY, | |

STIPULATION EXTENDING THE TIME FOR PARTIES TO FILE JOINT STATUS REPORT

C:\Documents and Settings\HVine\Desktop\12cv2043.o.121712.docx

1

| | |
|---|---|
| Defendants. | REPORT; ORDER |
| | [Local Rule 143] |
| | Action Filed: August 3, 2012 |
| | FAC: November 7, 2012 |

**STIPULATION BY THE UNITED STATES OF AMERICA, QUANTA SERVICES, INC., VCS SUB, INC. AND PACIFIC GAS AND ELECTRIC COMPANY EXTENDING THE TIME FOR RULE 26 CONFERENCE AND SUBMISSION OF A JOINT STATUS REPORT**

In accordance with Local Rule 143, the United States of America, Quanta Services, Inc. ("Quanta"), VCS Sub, Inc. ("VCS") and Pacific Gas and Electric Company ("PGE") hereby stipulate to extend to December 21, 2012 the parties' Rule 26(f) conference and the preparation and submission to the court of a joint status report.

## I.   STIPULATION

1.    In order to permit all parties the opportunity to review and comment on the proposed joint status report, the parties have agreed and hereby stipulate to extend to December 21, 2012 the parties' Rule 26(f) conference and the preparation and submission to the court of a joint status report.

DATED: December 17, 2012

AGREED:

/s Brian D. Bertossa

_____

BRIAN D. BERTOSSA, ESQ.  (SBN 138388)
STEPHEN R. McCUTCHEON, ESQ. (SBN 191749)
Cook Brown LLP
555 Capitol Mall, #425
Sacramento, CA  95814-4503
Phone Number:  (916) 442-3100
Fax Number:  (916) 442-4227
e-mail: bbertossa@cookbrown.com
Attorney for Defendants VCS Sub, Inc. and

Quanta Services, Inc.


/s Greg Read (as authorized on 12/17/12)

_____

GREG READ, ESQ.  (SBN 49713)
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Phone Number:  (415) 781-7900
Fax Number:  (415) 781-2365
e-mail: gregory.read@sedgwicklaw.com
Attorney for Defendant Pacific

Gas & Electric Company


/s Richard M. Elias (as authorized on 12/17/12)

_____

BENJAMIN B. WAGNER, ESQ.
United States Attorney
RICHARD M. ELIAS, ESQ.
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

1 | richard.elias@usdoj.gov

2

3 | IT IS SO ORDERED:

4 | Dated:   12/17/2012                                    /s/ John A. Mendez_____

5 |                                                                       THE HONORABLE JOHN A. MENDEZ

6 |                                                                       UNITED STATE DISTRICT COURT JUDGE

---

STIPULATION EXTENDING THE TIME FOR PARTIES TO FILE JOINT STATUS REPORT

C:\Documents and Settings\HVine\Desktop\12cv2043.o.121712.docx

4