BENJAMIN B. WAGNER
United States Attorney
RICHARD M. ELIAS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
richard.elias@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CV-02043-JAM-EFB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| QUANTA SERVICES, INC., *et al.* | |
| Defendants. | |

Pursuant to Local Rule 160, the United States informs the Court that this matter has settled, contingent upon the necessary approvals from higher governmental authorities – i.e., the Secretary of the U.S. Department of Agriculture, and the Assistant Attorney General for the Environment and Natural Resources Division of the Department of Justice.  Under Local Rule 160(b), for good cause shown, the United States requests 90 days to obtain the necessary approvals and file final dispositional papers.

Dated:  February 18, 2013                       BENJAMIN B. WAGNER
                                                United States Attorney


                                                 /s/ *Richard M. Elias*
                                                RICHARD M. ELIAS
                                                Assistant United States Attorney