BRIAN D. BERTOSSA, ESQ. (SBN 138388)

STEPHEN R. McCUTCHEON, JR., ESQ. (SBN 191749)

COOK BROWN, LLP

555 CAPITOL MALL, SUITE 425

SACRAMENTO, CALIFORNIA 95814

TELEPHONE NO.: 916-442-3100

FACSIMILE NO.: 916-442-4227

Attorneys for Defendants VCS SUB, INC., and

QUANTA SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>v.<br><br>QUANTA SERVICES, INC., VCS SUB, INC. f.k.a. ENVIRONMENTAL PROFESSIONAL ASSOCIATES, INC. d.b.a. PROVCO, and | Case No.  2:12-CV-02043-JAM-EFB<br><br>STIPULATION BY THE UNITED STATES OF AMERICA, QUANTA SERVICES, INC., VCS SUB, INC. AND PACIFIC GAS AND ELECTRIC COMPANY EXTENDING THE TIME FOR SUBMISSION OF |
|---|---|

STIPULATION EXTENDING THE TIME FOR PARTIES TO SUBMIT SETTLEMENT AGREEMENT and

[PROPOSED] ORDER

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Defendants. | SETTLEMENT AGREEMENT AND DISMISSAL OF THE ACTION; [PROPOSED] ORDER<br><br>[Local Rule 143]<br><br>Action Filed:  August 3, 2012<br>FAC:  November 7, 2012 |

**STIPULATION BY THE UNITED STATES OF AMERICA, QUANTA SERVICES, INC., VCS SUB, INC. AND PACIFIC GAS AND ELECTRIC COMPANY EXTENDING THE TIME FOR SUBMISSION OF SETTLEMENT AGREEMENT AND**

**DISMISSAL OF THE ACTION**

In accordance with Local Rule 143, the United States of America, Quanta Services, Inc., VCS Sub, Inc. and Pacific Gas and Electric Company hereby stipulate to extend to June 7, 2013 the parties' submission to the court of a settlement agreement and dismissal of the action.

**I.     STIPULATION**

1.     In order to permit all parties and their insurers the opportunity to review and execute the settlement agreement, the parties have agreed and hereby stipulate to extend to June 7, 2013, the parties' submission to the court of the settlement agreement and dismissal of the action.

DATED:  May 21, 2013

---

STIPULATION EXTENDING THE TIME FOR PARTIES TO SUBMIT SETTLEMENT AGREEMENT and

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

AGREED:


*/s Brian D. Bertossa*

_____

BRIAN D. BERTOSSA, ESQ.  (SBN 138388)
STEPHEN R. McCUTCHEON, ESQ. (SBN 191749)
Cook Brown LLP
555 Capitol Mall, #425
Sacramento, CA  95814-4503
Phone Number:  (916) 442-3100
Fax Number:  (916) 442-4227
e-mail: bbertossa@cookbrown.com
Attorney for Defendants VCS Sub, Inc. and

Quanta Services, Inc.



*/s Greg Read* (as authorized on 5/21/13)

_____

GREG READ, ESQ.  (SBN 49713)
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Phone Number:  (415) 781-7900
Fax Number:  (415) 781-2365
e-mail: gregory.read@sedgwicklaw.com
Attorney for Defendant

Pacific Gas & Electric Company



*/s Richard M. Elias* (as authorized on 5/21/13)
_____

BENJAMIN B. WAGNER, ESQ.
United States Attorney

STIPULATION EXTENDING THE TIME FOR PARTIES TO SUBMIT SETTLEMENT AGREEMENT and

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

RICHARD M. ELIAS, ESQ.
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
richard.elias@usdoj.gov

IT IS SO ORDERED:

Dated: 5/21/2013                    /s/ John A. Mendez_____

                                    THE HONORABLE JOHN A. MENDEZ

                                    UNITED STATE DISTRICT COURT JUDGE

STIPULATION EXTENDING THE TIME FOR PARTIES TO SUBMIT SETTLEMENT AGREEMENT and

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com